IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20074
Summary Calendar
_____


JAMES W. WILLIAMS,

                                    Plaintiff-Appellant,


v.

B. LEWIS; FRANK O. MCCARTHY, II,
also known as M. Macartney,

                                    Defendants- Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-90-2741)
_____

February 21, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     James W. Williams appeals from the jury's verdict in favor

of the defendants in this civil rights lawsuit filed under 42

U.S.C. § 1983.  He contends that the district court erred by not

granting a continuance, by not permitting him to amend his

complaint, by permitting the jury to consider their handwritten

notes while deliberating and by denying his motion for a new

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

trial, and, finally, that he was denied effective assistance of counsel.  Having thoroughly reviewed the briefs and the record and finding no reversible error, we AFFIRM.

Williams's request for the appointment of appellate counsel is DENIED.